HARRY A. O'ROURKE, Appellant, v. SALVATORE CASTAGNOLA and Another, Respondents.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, on the ground that it was admitted that the posts and wires were placed by the defendants in close proximity to the sidewalk and within the boundaries of the street and that the plaintiff tripped and fell thereon; that the verdict is against the weight of evidence on the question of contributory negligence; and that it was error not to submit to the jury the question of the maintenance of a nuisance by defendants as plaintiff requested. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO ANTHONY CAIAZZO, Alias ANGELO CAIAZZO, Appellant.— Judgment of conviction of the County Court of Queens county and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ANTHONY CAPONE, Alias VINCENT CAPONE, Appellant.— Judgment of conviction of the County Court of Queens county and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLO CICCONE, Alias JAMES CICCONE, Appellant.— Judgment of conviction of the County Court of Queens county and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CROTONA TRADING CORPORATION and Others, Appellants.— Order denying motion to resettle or to vacate the judgment affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEIF ERICKSON, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCESCO GAMBINO, Appellant.— Judgment of conviction of the County Court of Nassau county and order unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. The refusal to grant the request to charge in respect of retreat was abstract under the facts. On the defendant's own story an opportunity to retreat was not present and the overwhelming weight of the testimony was that there was no assault by the deceased. The claimed error with respect to the charge concerning self-defense was not the subject of exception and was not prejudicial in view of the clear proof of the defendant's guilt. Present — Young, Hagarty, Carswell and Davis, JJ.; Scudder, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WURZBERG, Appellant.* — Judgment of conviction of the County Court of Kings county unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.